THE NORTH MISSOURI RAILROAD COMPANY, Appellant, v. REYNAL, Respondent.

1. North Missouri Railroad Co. v. Lackland, (ante, p. 515,) affirmed.
2. Where a railroad company, after having commenced proceedings for the condemnation of land upon which its railroad is located, exercises its right of dismissing the proceedings before the judgment of the court upon the report of the viewers or commissioners is rendered, the company should pay the costs and expenses growing out of the suit.

*Appeal from St. Charles Circuit Court.*

E. A. Lewis and Coalter, for appellant.

C. D. Drake, for respondent.

NAPTON, Judge, delivered the opinion of the court.

This case is in all respects like the case of the same company against Lackland, except that the appellant here—after notification that his lot in St. Charles was wanted by the company, and after it had been assessed by commissioners—abandoned his business, which was that of a carpenter, and removed to a farm in the country, selling off the tools of his trade before removal. As the company had a right to discontinue their proceedings previous to the judgment of the court upon the assessment, the inconvenience and pecuniary loss attending the appellant's course is not chargeable to the company, but they will be made to pay the costs and expen-

ses growing out of the suit, as in the case heretofore decided. The other judges concurring, the judgment is reversed, and the cause remanded.